PER CURIAM.
We initially accepted jurisdiction under article V, section 3(b)(4) of the Florida Constitution to review Powell v. State, 133 So.3d 594 (Fla. 1st DCA 2014), in which the First District Court of Appeal certified the following questions to be of great public importance:
NOTWITHSTANDING MADDOX, SHOULD AN APPELLATE COURT CORRECT A SENTENCING ERROR IN AN ANDERS CASE WHICH WAS NOT PRESERVED PURSUANT TO THE APPLICABLE RULES OF PROCEDURE? IF NOT, WHAT STEPS SHOULD AN APPELLATE COURT FOLLOW TO CARRY OUT THE MANDATES OF ANDERS AND CAU-SEY IN SUCH A CASE?
After further consideration, we conclude that' review was improvidently granted. Accordingly, we dismiss review.
It is so ordered.
NO MOTION FOR REHEARING WILL BE ALLOWED.
LABARGA, C.J., and LEWIS, QUINCE, CANADY, POLSTON, and PERRY, JJ., concur.
PARIENTE, J., dissents with an opinion.